HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

**FILED**

JAN 3 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-po-00397 JDP |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | Date: February 11, 2020 |
| CHLOE M. DELAMARE, | Time: 10:00 A.M. |
| | Crtm: Yosemite |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

Defendant, Chloe M De la Mare, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

The defendant submits the attached Financial Affidavit as evidence of her inability to retain counsel. On April 01, 2018, Ms. De la Mare was charged with 36 CFR § 2.35 (b) (2) for possession of controlled substance of Marijuana. Ms. De la Mare is to appear in court on February 11, 2020 for a Review Hearing before the Honorable Jeremy D. Peterson, United States Magistrate Judge, in Yosemite National Park. Therefore, after reviewing Ms. De la Mare's Financial Affidavit, it is respectfully recommended that Counsel be promptly appointed.

DATED: January 29, 2020

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain Counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 30, 2020

_____
HONORABLE BARBARA A. MCAULIFFE
UNITES STATES MAGISTRATE JUDGE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT

| | |
|---|---|
| IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF California v.s. Chloe De La Mare FOR 6:18-po-00397-JDP-1 AT Yosemite N.P. | |

**PERSON REPRESENTED** (Show your full name) Chloe Marie De La Mare

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS: Magistrate / District Court / Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☑ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment / How much did you earn per month? $ _____
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2,000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 2,000

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**MARITAL STATUS**: ☑ MARRIED ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: Tenzin Lehman, son

**DEBTS & MONTHLY BILLS**

| | APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | 4,000 | 0 | $ 4,000 | 500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]