HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHLOE M. DE LA MARE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHLOE M. DE LA MARE,<br><br>Defendant. | Case No. 6:18-po-00397-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Chloe M. De La Mare, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for February 11, 2020.

At the outset of the instant case, Ms. De La Mare proceeded pro se and pleaded guilty to citation 6378841. The Honorable Jeremy D. Peterson sentenced Ms. De La Mare to pay fines and special assessments totaling $800.00. Ms. De La Mare has paid the court ordered fine and contacted the office of the Federal Defender for assistance in vacating the upcoming review hearing. The Honorable Barbara A. McAuliffe appointed the office of the Federal Defender on January 30, 2020. Because Ms. De La Mare is in compliance with all terms of probation the undersigned respectfully move the court to vacate the review hearing.

//

|   |                         | Respectfully submitted,                                  |
|---|-------------------------|----------------------------------------------------------|

                                          McGREGOR W. SCOTT
United States Attorney

Dated: February 4, 2020           */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: February 4, 2020           */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
CHLOE M. DE LA MARE

ORDER

Based on the parties' joint representation that Ms. De La Mare is in compliance with the conditions of her probation, the court vacates the review hearing scheduled for February 11, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE